Steven L. Krongold (State Bar No. 125952)
**KRONGOLD LAW CORP.**
A PROFESSIONAL CORPORATION
8105 Irvine Center Drive, Suite 900
Irvine, California 92618
Phone: 949-651-1900
Fax:  949-861-9225

Attorneys for Defendants
Arla Murray and William Murray

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL GREENBERG,<br><br>Plaintiff,<br><br>v.<br><br>ARLA MURRAY, an individual, and WILLIAM MURRAY, an individual,<br><br>Defendants. | Case No. SACV10-375 AG (ANx)<br>Judge Andrew J. Guilford<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Proc. 58] |

Krongold Law Corp., P.C.

-1-

JUDGMENT

On March 5, 2010, Plaintiff Michael Greenberg filed a complaint in Orange County Superior Court alleging violation of the right to privacy under California Penal Code § 632 (unconsented recording of confidential communications). The case was removed to this Court based on diversity of citizenship. This Court has jurisdiction of the subject matter of this case based on diversity and over the Defendants. Defendants filed an answer denying liability and moved to strike the complaint under California's anti-SLAPP statute, Cal. Code Civ. Proc. § 425.16.

On June 14, 2010, the Court granted the motion to strike. Thereafter, the Court entered an order on stipulation of the parties concerning attorney's fees and an order of dismissal. Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff Michael Greenberg takes nothing by way of his Complaint filed in this action;

2. That Plaintiff's Complaint is dismissed in its entirety with prejudice; and

3. That Defendants William Murray and Arla Murray are awarded costs of suit, as allowed by law, including the sum of $7,500.00 as reasonable attorney's fees.

DATED: July 7, 2010    _____
Andrew J. Guilford
United States District Court Judge

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010, I electronically filed PROPOSED JUDGMENT with the Clerk of Court using ECF which will send notification of such filing(s) to the following:

| STEPHEN A. MADONI, ESQ. *stevemadoni@aol.com* | Attorney for Plaintiff Michael Greenberg |

DATED: 7/6/2010

_____
Steven L. Krongold, SBN 125952
KRONGOLD LAW CORPORATION
8105 Irvine Center Dr., Ste. 900
Irvine, CA  92618